1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10  LOUIS MOLLES,

11          Plaintiff,                No. CIV S-08-1047 WBS GGH P

12      vs.

13  SOLANO COUNTY JAIL, et al.,

14          Defendants.              ORDER

15  _____/

16          Plaintiff is a prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42

17  U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C.

18  § 1915.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C.

19  § 636(b)(1).

20          Plaintiff has submitted a declaration that makes the showing required by 28

21  U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

22          Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28

23  U.S.C. § 1914(a), 1915(b)(1).  Plaintiff has been without funds for six months and is currently

24  without funds.  Accordingly, the court will not assess an initial partial filing fee.  28 U.S.C.

25  § 1915(b)(1).  Plaintiff is obligated to make monthly payments of twenty percent of the preceding

26  month's income credited to plaintiff's prison trust account.  These payments shall be collected

1

1   and forwarded by the appropriate agency to the Clerk of the Court each time the amount in

2   plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C.

3   § 1915(b)(2).

4           The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983

5   and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a

6   reasonable opportunity to prevail on the merits of this action.

7           In accordance with the above, IT IS HEREBY ORDERED that:

8           1.  Plaintiff's request for leave to proceed in forma pauperis is granted.

9           2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.

10  The fee shall be collected and paid in accordance with this court's order to the Director of the

11  California Department of Corrections and Rehabilitation filed concurrently herewith.

12          3.  Service is appropriate for the following defendants: Gary Stanton, Solano

13  County Jail.

14          4.  The Clerk of the Court shall send plaintiff 2 USM-285 forms, one summons,

15  an instruction sheet and a copy of the complaint filed May 14, 2008.

16          5.  Within thirty days from the date of this order, plaintiff shall complete the

17  attached Notice of Submission of Documents and submit the following documents to the court:

18              a.  The completed Notice of Submission of Documents;

19              b.  One completed summons;

20              c.  One completed USM-285 form for each defendant listed in number 3

21              above; and

22              d.  Three copies of the endorsed complaint filed May 14, 2008.

23  /////

24  /////

25  /////

26  /////

6.  Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED:  07/21/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

molle.1

1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10     LOUIS MOLLE,

11                    Plaintiff,                          No. CIV S-08-1047 WBS GGH P

12          vs.

13     SOLANO COUNTY JAIL, et al.,                        NOTICE OF SUBMISSION

14                    Defendants.                         OF DOCUMENTS

15     _____/

16               Plaintiff hereby submits the following documents in compliance with the court's

17     order filed _____:

18               _____          completed summons form

19               _____          completed USM-285 forms

20               _____          copies of the _____

21                                         Complaint/Amended Complaint

       DATED:
22

23

24                                              _____

25                                              Plaintiff

26